IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-02198

NATHAN L. PRICE, and
ADAM KOMOROSKI,

    Plaintiffs,

v.

T. EDWARD WILLIAMS, et al.

    Defendants.

## NOTICE OF ERRATA

In submitting his Motion to Dismiss, the Undersigned submitted Version 3 instead of Version 13. That was error. Version 13 was the correct version to be file and it is now being filed. The difference between Version 3 and 13 reflects edits, but substantively the documents are the same.

Dated this 3rd day of December, 2021.

                                              **RESPECTFULLY SUBMITTED,**

                                              <u>s/ T. Edward Williams, Esq.</u>
                                              **T. Edward Williams, Esq.**
                                              WILLIAMS LLP
                                              45 Rockefeller Plaza, Ste. 2000
                                              New York, New York 10111
                                              Telephone: (212) 634-9106
                                              E-mail:edward@williamsllp.com
                                              *Attorney for T. Edward Williams*

2

**<u>CERTIFICATE OF SERVICE</u>**

The Undersigned certifies that on this 3rd day of December 2021 he served this **NOTICE OF ERRATA** was served on these individuals by CM/ECF:

David Prado, Esq.
*Attorney for Plaintiffs*

*/s/ T. Edward Williams, Esq.*

2