IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-02198

NATHAN L. PRICE, and
ADAM KOMOROSKI,

    Plaintiffs,

v.

T. EDWARD WILLIAMS, et al.

    Defendants.

### NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS

    Although the Undersigned is less than thrilled about defending against this frivolous suit, the Undersigned withdraws his Motion for Sanctions against Plaintiffs, their attorney, and their attorney's law firm, The Luening Law Practice, LLC, because Plaintiffs have voluntarily dismissed their suit and because the Undersigned does not want to further consume judicial resources on this matter.

Dated this 26th day of January 2022.
New York, New York

                                                **RESPECTFULLY SUBMITTED,**

                                                <u>s/ T. Edward Williams, Esq.</u>
**T. Edward Williams, Esq.**
WILLIAMS LLP
45 Rockefeller Plz., 20th FL.
New York, New York 10111
Tel: (212) 634-9106
Fax: (212) 202-6228
edward@williamsllp.com
*Attorney for T. Edward Williams, Esq.*

2

## CERTIFICATE OF SERVICE

The Undersigned certifies that on this 26th day of January 2022, he served this **NOTICE TO WITHDRAW MOTIONS FOR SANCTIONS** by CM/ECF on:

David Prado, Esq.
Matthew Luening, Esq.
*Attorney for Plaintiffs*

François Peyrot, Esq.

                                    */s/ T. Edward Williams, Esq.*